# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| FORESTAL GUARANI, S.A., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 03-4821 (JAG) |
| v. : | |
| : | **ORDER** |
| DAROS INTERNATIONAL, INC., : | |
| : | CLOSED |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

      This matter comes before this Court on a motion by Defendant, Daros International, Inc., seeking summary judgment against Plaintiff, Forestal Guarani, S.A., pursuant to Fed. R. Civ. P. 56. This Court having reviewed the submissions of the parties, and for the reasons set forth in this Court's opinion,

      IT IS on this 7th day of October, 2008,

      ORDERED that Defendant's motion for Summary Judgment (Docket Entry No. 16), pursuant to Fed. R. Civ. P. 56, is granted; and it is

      FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

                                              S/Joseph A. Greenaway, Jr.
                                              JOSEPH A. GREENAWAY, JR., U.S.D.J.