United States District Court
for the District of New Jersey

_____
                                    :
**FORRESTAL GUARANI S.A.**          :
                                    :
                                    :   Civ. No. 03-4821
         Plaintiff                  :
                                    :
         vs.                        :   Order of Reassignment
                                    :
**DAROS INTERNATIONAL, INC.**       :
                                    :
         Defendant                  :
_____:

It is on this 22nd day of November 2010,

O R D E R E D that the entitled action is reassigned

from Judge Jose L. Linares to Judge Faith S. Hochberg.


                                        S/Garrett E. Brown, Jr.
                                  Garrett E. Brown, Jr., Chief Judge
                                  United States District Court